JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADD ENTERPRISES, INC. et al., | Case No. 2:22-cv-04488-AB-AFM |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| NATIONAL CARRIERS, INC., | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 12, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE